VICTOR JORDAN, Individually and as Administrator of the Estate of OSWALD JORDAN, Deceased, Appellant, v ANDREW JORDAN et al., Respondents.

Decided December 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of LOURDES G., Respondent, v JULIO P., Appellant.

Submitted October 27, 2014; decided December 16, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

EUGENE MARGERUM et al., Appellants-Respondents, v CITY OF BUFFALO et al., Respondents-Appellants.

Submitted December 1, 2014; decided December 16, 2014

Motion by Buffalo Professional Firefighters Association, Local 282, IAFF for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.